THE PLEASANT HILL & DESOTO RAILROAD COMPANY v.
A. G. CARPENTER, *as Treasurer of Johnson County, et al.*

ACTION brought by *The Railroad Company* against *Carpenter*, as treasurer, and *Hedrick*, as sheriff, of Johnson county, to restrain the collection of certain taxes. At the June Term, 1884, of the district court of said county, the court sustained defendants' demurrer to the plaintiff's petition, ordered that the temporary injunction theretofore granted in this cause be dissolved, and adjudged that the plaintiff pay the costs of this action. The plaintiff brings the case here.

*James Hagerman, A. A. Hurd,* and *Robert Dunlap,* for plaintiff in error.

*John T. Little,* county attorney, for defendants in error.

*Per Curiam:* Under the authority of *The Atchison, Topeka & Santa Fé Railroad Company v. Howe,* 32 Kas. 737, we must hold that the taxes levied for the payment of the salaries and current expenses of the board of railroad commissioners of the state, are null and void.

Under the authority of *The Kansas City, Topeka & Western Railroad Company v. William Albright,* just decided, the commissioners of Johnson county had authority to levy and assess a tax for the support of the poor of that county, in an amount in excess of $500, without a previous vote of the people at a general election authorizing the levy.

The demurrer to the first cause of action will be overruled; but the demurrer to the second alleged cause of action will be sustained. The cause will be remanded, with direction to the court below to dispose of the case in accordance with the views herein expressed.